INTERNAL REVENUE SERVICE

110 CITY PARKWAY, STOP 5028

LAS VEGAS, NV 89106


RC WILLEY FINANCIAL SERVICES

POB 65320

SALT LAKE CITY, UT 84165


WFS FINANCIAL

POB 25341

SANTA ANA, CA 92799


SPRINT PCS

POB 7850

BALDWIN PARK, CA 91706


WACHOVIA BANK

2300 W. SAHARA AVE. #500

LAS VEGAS, NV 89102


CONSUMER DEBTOR SERVICES

1606 E. TURKEYFOOT LAKE ROAD

AKRON, OH 44312