United States Bankruptcy Court

Northern District of California

In re:                                                                      Case No. 22-30220-DM

Michael Brent Rothenberg                                                    Chapter 7

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0971-3 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: May 04, 2022 | Form ID: FTP | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Michael Brent Rothenberg, 712 Bryant St #6, San Francisco, CA 94107-1083 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2022            Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Janina M. Hoskins | jmelder7@aol.com  Ca80@ecfcbis.com |
| Office of the U.S. Trustee / SF | USTPRegion17.SF.ECF@usdoj.gov |

TOTAL: 2

Form FTP

## UNITED STATES BANKRUPTCY COURT
### California Northern Bankruptcy Court

| | |
|---|---|
| In Re:  Michael Brent Rothenberg | Case No.: 22−30220 DM 7<br>Chapter:  7 |
| aka  Mike Brent Rothenberg<br>dba  Folsom Property<br>dba  Rothenberg Management<br>Debtor(s) | |

### ORDER AND NOTICE RE: FAILURE TO PAY FILING FEE

According to the court's records, the debtor(s) in this Chapter 7 case has failed to pay the appropriate filing fee in accordance with 28 U.S.C. §1930.

Pursuant to 11 U.S.C. §102(1), §105(a), and §707(a)(2), §1112(4)(K) or §1307(c)(2), you are hereby notified that this case will be dismissed within 14 days of the date of this order without further notice or hearing, unless within that fourteen (14) day period:

1. The debtor(s) pay in full the appropriate filing fee for New Case Filing or

2. The debtor(s) or a party−in−interest files a written objection to this order and requests a hearing.

ADMINISTRATIVE FEE AND FILING FEE PAYMENTS MUST BE PAID IN THE EXACT AMOUNTS. PAYMENT MUST BE IN THE FORM OF A CASHIER'S CHECK OR MONEY ORDER MADE PAYABLE TO CLERK OF U.S. BANKRUPTCY COURT. PERSONAL CHECKS CANNOT BE ACCEPTED. DEBTOR'S FULL NAME AND BANKRUPTCY CASE NUMBER MUST BE INCLUDED WITH ALL PAYMENTS. INSTALLMENT PAYMENTS, BUT NOT THE INITIAL FILING FEE, MAY ALSO BE PAID ONLINE USING A DEBIT CARD, PAYPAL, OR ACH (BANK ACCOUNT TRANSFER) VIA PAY.GOV BY USING THE LINK ON THE COURT'S WEBSITE AT WWW.CANB.USCOURTS.GOV.

EFFECTIVE SEPTEMBER 17, 2018, THE CLERK'S OFFICE WILL NO LONGER ACCEPT CASH.

**Mailing Address:**
U.S. Bankruptcy Court
450 Golden Gate Avenue, 18th Fl.
Mail Box 36099
San Francisco, CA 94102

**In person filing via Drop Box:**
U.S. Bankruptcy Court
450 Golden Gate Avenue
(Drop Box on Turk Street side)
San Francisco, CA 94102

Dated: 5/4/22

By the Court:

Dennis Montali
United States Bankruptcy Judge