United States Bankruptcy Court
Northern District of California

In re:  Case No. 22-30220-DM
Michael Brent Rothenberg  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0971-3  User: admin  Page 1 of 2
Date Rcvd: Jun 01, 2022  Form ID: NDC  Total Noticed: 10

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael Brent Rothenberg, 712 Bryant St #6, San Francisco, CA 94107-1083 |
| 15398588 | | CONSUMER DEBTOR SERVICES, 1606 E. TURKEYFOOT LAKE ROAD, AKRON, OH 44312 |
| 15398586 | + | SPRINT PCS, POB 7850, BALDWIN PARK, CA 91706-7850 |
| 15398587 | + | WACHOVIA BANK, 2300 W. SAHARA AVE. #500, LAS VEGAS, NV 89102-4353 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: EDD.COM | Jun 02 2022 04:23:00 | CA Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Jun 02 2022 04:23:00 | CA Franchise Tax Board, Special Procedures Bankruptcy Unit, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | + | EDI: EDD.COM | Jun 02 2022 04:23:00 | Chief Tax Collection Section, Employment Development Section, P.O. Box 826203, Sacramento, CA 94230-0001 |
| 15398583 | + | EDI: IRS.COM | Jun 02 2022 04:23:00 | INTERNAL REVENUE SERVICE, 110 CITY PARKWAY, STOP 5028, LAS VEGAS, NV 89106-6085 |
| 15398584 | | Email/Text: rcwilley.bankruptcy@rcwilley.com | Jun 02 2022 00:23:00 | RC WILLEY FINANCIAL SERVICES, POB 65320, SALT LAKE CITY, UT 84165 |
| 15398585 | + | EDI: WFFC.COM | Jun 02 2022 04:23:00 | WFS FINANCIAL, POB 25341, SANTA ANA, CA 92799-5341 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Silicon Valley Bank |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2022            Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Breck E. Milde | on behalf of Creditor Silicon Valley Bank bmilde@hopkinscarley.com |
| Janina M. Hoskins | jmelder7@aol.com Ca80@ecfcbis.com |
| Jonathan R. Doolittle | on behalf of Creditor Silicon Valley Bank jonathan.doolittle@pillsburylaw.com |
| Office of the U.S. Trustee / SF | USTPRegion17.SF.ECF@usdoj.gov |

TOTAL: 4

Form NDC

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| In Re: Michael Brent Rothenberg<br>  aka  Mike Brent Rothenberg<br>  dba  Folsom Property<br>  dba  Rothenberg Management<br>      Debtor(s) | Case No.: 22−30220 DM 7<br><br>Chapter: 7 |
|---|---|

## ORDER AND NOTICE OF DISMISSAL
## FOR FAILURE TO COMPLY

**Notice is hereby given** that the debtor(s) failed to comply with this court's Order Granting Extension of Time , filed on 5/19/2022 . Therefore, it is ordered that this case be **dismissed**.

Dated: 6/1/22

By the Court:

Dennis Montali
United States Bankruptcy Judge